UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TORAN PETERSON #318935, | NO. 2:23-cv-10089 |
| Plaintiff, | |
| v | HON. MARK A. GOLDSMITH |
| DOUGLAS DAVID, *et al.*, | MAG. JUDGE ELIZABETH A. STAFFORD |
| Defendants. | |

| | |
|---|---|
| Toran Peterson #318935<br>*In Pro Per*<br>Gus Harrison Corr. Facility<br>2727 E. Beecher St.<br>Adrian, MI  49221 | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for MDOC Defs. David, Loxton, and Sims<br>Mich. Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>hoj@michigan.gov |

/

**APPEARANCE OF COUNSEL**

Joseph Y. Ho (P77390), Assistant Attorney General for the State of Michigan, hereby enters his appearance as counsel for **MDOC Defendants Douglas David and Alexis Sims i**n the above-entitled action.

Respectfully submitted,

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General

        Attorney for MDOC Defs. David,
          Loxton, and Sims
        Mich. Dept. of Attorney General
        Corrections Division
        P.O. Box 30217
        Lansing, MI  48909
        (517) 335-3055
        hoj@michigan.gov

Dated:  September 18, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and placed same in U.S. mail to the following non-ECF participant:

Toran Peterson #318935
*In Pro Per*
Gus Harrison Corr. Facility
2727 E. Beecher St.
Adrian, MI  49221

        */s/ Joseph Y. Ho*
        Joseph Y. Ho (P77390)
        Assistant Attorney General
        Attorney for MDOC Defs. David,
          Loxton, and Sims