UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN PETERSON #318935,

NO. 2:23-cv-10089

    Plaintiff,

v                                                       HON. MARK A. GOLDSMITH

DOUGLAS DAVID, *et al.,*                 MAG. JUDGE ELIZABETH A.
                                                            STAFFORD

    Defendants.

_____

| | |
|---|---|
| Toran Peterson #318935<br>*In Pro Per*<br>Gus Harrison Corr. Facility<br>2727 E. Beecher St.<br>Adrian, MI  49221 | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for MDOC Defs. David,<br>  Loxton, and Sims<br>Mich. Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>hoj@michigan.gov |

_____/

## DEMAND FOR JURY TRIAL

    MDOC Defendants Douglas Davis and Alexis Sims, through

undersigned counsel, under Fed. R. Civ. P. 38(b), demand a trial by jury

in the above captioned matter.

                    Respectfully submitted,

                    */s/ Joseph Y. Ho*
                    Joseph Y. Ho (P77390)
                    Assistant Attorney General
                    Attorney for MDOC Defs. David,
                      Loxton, and Sims

Mich. Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
hoj@michigan.gov

Dated:  September 18, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and placed same in U.S. mail to the following non-ECF participant:

Toran Peterson #318935
*In Pro Per*
Gus Harrison Corr. Facility
2727 E. Beecher St.
Adrian, MI  49221

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for MDOC Defs. David,
  Loxton, and Sims